ISSUED

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Google<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | )<br>)<br>) Case No.  5:13-sw-00052 JLT<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Eastern      District of      California
*(identify the person or describe the property to be searched and give its location)*:
 See Attachment "A".

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
 See Attachment "B".

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      **8/22/13**
                                                                                                                   *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 Jennifer L. Thurston                                                                 .
                                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                                             ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  **8/8/13, 1:58 pm**                    *Jennifer L. Thursh*
                                                                                                                       *Judge's signature*

City and state:    Bakersfield, CA                                         Jennifer L. Thurston, U.S. Magistrate Judge
                                                                                                                   *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>5:13-sw-00052 JLT | Date and time warrant executed:<br>8/9/2013  1:15 pm<br>VIA FAX 650.649-2939 | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>SA DONNA COYLE, FBI | | |
| Inventory of the property taken and name of any person(s) seized: | | |

4-page correspondence from GOOGLE

CD containing content for deleersnyder1@gmail.com and johndeleersnyder@gmail.com.

(received 11/25/2013)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/28/2014

_____
Executing officer's signature

DONNA COYLE, SPECIAL AGENT
*Printed name and title*

## ATTACHMENT "A-1"

THE PREMISES known as Google
                Custodian of Records
                1600 Amphitheatre Parkway
                Mountain View, California 94043
                650-253-3425 (fax)

## ATTACHMENT "B-1"

Gmail email subscriber information, stored electronic communications, including email (sent/received/stored), digital images, buddy list(s), photo albums, Instant Message data, and any other files associated with user and/or user accounts identified as follows:

                deleersnyder1@gmail.com
                johndeleersnyder@gmail.com